UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | C/R No. 3:08-885-JFA |
|---|---|---|
| v. | ) | ORDER |
| TRAVIS LEON DAVIDSON | ) | |

This matter is before the court upon the defendant's motion to compel the Federal Bureau of Prisons (BOP) to give him proper medical care and surgeries and transfer him to a medical prison. The motion raises the same allegations of 8th Amendment violations as did his recent motions (ECF No. 292 and 293). For the reasons stated in this court's order of March 29, 2012, the present motion (ECF No. 298) is denied.

IT IS SO ORDERED.

March 30, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge